EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>    Carmen Aponte Reyes | 2002 TSPR 30<br><br>156 DPR _____ |

Número del Caso: TS-5574


Fecha: 15/marzo/2002


Colegio de Abogados de Puerto Rico:
                         Lcda. Sheila I. Vélez Martínez
                         Directora Ejecutiva


Abogada de la Parte Querellada:
                         Por Derecho Propio



Materia: Solicitud de Reinstalación




    Este documento constituye un documento oficial del Tribunal Supremo que está
    sujeto a los cambios y correcciones del proceso de compilación y publicación
    oficial de las decisiones del Tribunal. Su distribución electrónica se hace
    como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carmen Aponte Reyes                    TS-5574

RESOLUCION

San Juan, Puerto Rico, 15 de marzo de 2002.

Evaluada la solicitud de la querellada, Carmen Aponte Reyes, así como la "Moción Informativa" presentada por el Colegio de Abogados, se autoriza su reinstalación al ejercicio de la abogacía y de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Rebollo López no intervino.


Carmen E. Cruz Rivera
Secretaria del Tribunal Supremo Interina